No. 58, Misc.   VELA v. BETO, CORRECTIONS DIRECTOR.
C. A. 5th Cir.   Certiorari denied.  *Crawford C. Martin,*
Attorney General of Texas, *George M. Cowden,* First
Assistant Attorney General, *R. L. Lattimore, Howard M.
Fender* and *Lonny F. Zwiener,* Assistant Attorneys Gen-
eral, and *A. J. Carubbi, Jr.,* for respondent.

THE CHIEF JUSTICE, with whom MR. JUSTICE DOUGLAS
joins, dissenting.

This case is another further extension of *Spencer* v.
*Texas,* 385 U. S. 554, in which the error is more egregious.
For the reasons stated in my concurring opinion in
*Burgett* v. *Texas, ante,* p. 116, I would grant the petition
for writ of certiorari.

No. 152.   LaHITTE ET VIR v. ACME REFRIGERATION
SUPPLIES, INC., ET AL., *ante,* p. 821;
No. 535.   MARCHESE ET AL. v. UNITED STATES, *ante,*
p. 930;
No. 402, Misc.   HACKATHORN v. DECKER, SHERIFF,
*ante,* p. 940;
No. 418, Misc.   COHEN v. NEWSWEEK, INC., *ante,* p.
878;
No. 572, Misc.   RAYMOND v. TOFFANY, COMMISSIONER
OF MOTOR VEHICLES OF NEW YORK, *ante,* p. 26; and
No. 606, Misc.   STILTNER v. RHAY, PENITENTIARY
SUPERINTENDENT, *ante,* p. 964.   Petitions for rehearing
denied.

No. 41.   UMANS v. UNITED STATES, *ante,* p. 80; and
No. 401.   MORA ET AL. v. McNAMARA, SECRETARY OF
DEFENSE, ET AL., *ante,* p. 934.   Petitions for rehearing
denied.   MR. JUSTICE MARSHALL took no part in the
consideration or decision of these petitions.